

**Home Equity Group**
1 Home Campus X2303-01A
Des Moines, IA 503280001

April 6, 2012

DOUGLAS W NEWAY
PO BOX 4308
JACKSONVILLE, FL 32201

Re:   Debtor(s):                          SEAN PATRICK BROWN
      Bky. No.:                           0910302
      Trustee Referenced Acct No.:        7850

Dear DOUGLAS W NEWAY,

We recently received a disbursement from your office for the above-referenced Bankruptcy Case. Please be advised that the payment address your office has on record is incorrect or has changed. The correct address for payment processing is:

Wells Fargo Bank, N.A.
PO BOX 45038
JACKSONVILLE, FL 32232

Please change your records to reflect this updated information.

Thank you for your assistance with this matter. If you have questions, please call us at 1-877-891-0002 Monday through Friday 7:30 a.m. to 6:00 p.m. Central Standard Time. For TDD assistance, please call 1-866-289-2069.

Sincerely,

**Amanda Skidmore**
Bankruptcy Representative
Wells Fargo Home Equity Group – Bankruptcy Department

HEQBK127.doc
Rev 10/26/10