B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re  SEAN PATRICK BROWN                          ,           Case No. 09-10302PMG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| InSolve Recovery, LLC by American InfoSource LP | WACHOVIA BANK, NATIONAL ASSOCIATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
InSolve Recovery, LLC by American InfoSource LP
PO Box 269093
Oklahoma City, OK  73126-9093

Court Claim # (if known):      6
Amount of Claim:     $110,043.08
Date Claim Filed:     01/29/2010

Phone:  (877) 319-0216
Last Four Digits of Acct #:     5872

Phone:
Last Four Digits of Acct. #:    5872

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Blake Hogan                              Date: 04/09/2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.