UNITED STATES BANKRUPTCY COURT
Division: MIDDLE DISTRICT OF FLORIDA

In re Sean Brown,                                                                  Case No. 09-10302

**NOTICE OF ADDRESS CHANGE**

Notice is hereby given that Creditor, 245 Holdings, LLC, (aka InSolve Recovery, LLC) hereby changes the servicing company to Capital Recovery Group LLC.  The payment address has changed to InSolve Recovery LLC c/o CRG, Box 88710 Milwaukee, WI 53288-0710.


Court Claim #: 6
Amount of Claim: $65,269.87
Date Claim Filed: 01/29/2010


Last Four Digits of Acct #: 5872


.


By: /s/ Nichlas P. Spallas                    Date: 11/8/2013
  Capital Recovery Group, LLC
  (520) 615-4114, ext. 206
  Agent of Creditor